AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FRANCO LOPEZ-SOLIS a/k/a "Franco Lopez" a/k/a "Franco Solis" | ) ) Case No. |
| | )         24-mj-7088 (EAP) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of ___Camden and Mercer___ in the _____ District of ___New Jersey___ , the defendant(s) violated:

| Code Section | Description of Offenses |
|---|---|
| 21 U.S.C. § 846 | See Attachment A. |

This criminal complaint is based on these facts:

See Attachment B.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Inspector Kevin Voit, USPIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means).*

Date:  8/6/2024

_____
*Judge's signature*

City and state:         Camden, New Jersey                Hon. Elizabeth A. Pascal, U.S. Magistrate Judge
*Printed name and title*

CONTENTS APPROVED
UNITED STATES ATTORNEY

By:

Andrew N. D'Aversa
Assistant U.S. Attorney

Date:  August 6, 2024

## ATTACHMENT A

### Conspiracy to Distribute Fentanyl and Cocaine

From in or about October 2023 through in or about November 2023, in Camden and Mercer Counties, in the District of New Jersey, and elsewhere, defendants

**FRANCO LOPEZ-SOLIS,**
**a/k/a "Franco Lopez,"**
**a/k/a "Franco Solis," and**

**MALCOLM BROWNE SILVA,**
**a/k/a "Jamal Brown,"**
**a/k/a "Malcolm Brown,"**
**a/k/a "Malcolm Browne,"**
**a/k/a "Malcom Browne Silva,"**
**a/k/a "Malcolm Silva,"**
**a/k/a "Malcom Silva"**

knowingly and intentionally conspired and agreed with others, to distribute and to possess with the intent to distribute a mixture or substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide ("fentanyl"), a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## ATTACHMENT B

## AFFIDAVIT

Kevin Voit, your affiant, having been sworn according to law, deposes and says:

1.      I am a United States Postal Inspector currently assigned to the United States Postal Inspection Service, Philadelphia Division.  I have been employed as a Postal Inspector since April 2016.  Prior to becoming a Postal Inspector, I was employed as a federal agent with the Department of Homeland Security for over seven years.  I have been trained in various aspects of law enforcement, including the investigation of narcotics offenses.  As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails and private carriers illegally to transport controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

2.      I am fully familiar with the facts set forth herein based on my own investigation, my conversations with other law enforcement officers, and my review of reports, documents, photographs, and recordings of the evidence.  Where statements of others are related herein, they are related in substance and part. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint, I have not set forth each and every fact that I know concerning this investigation.  Where I assert that an event took place on a particular date and time, I am asserting that it took place on or about the date and time alleged.

3.      On November 19, 2023, U.S. Postal Inspectors intercepted U.S. Postal Service Priority Mail parcel 9505 5145 0163 3321 5366 07 (the "Subject Parcel").  The

1

approximate size of the Subject Parcel was 12" x 3.5" x 14" inches and it weighed approximately 6lbs 14ozs. A label on the Subject Parcel indicated that the postage amount paid was $17.10. The addressee on the Subject Parcel was "Adael Santiago, 263 John St., Princeton, NJ 08542." The return address information shown was as follows: "Hector Diaz, 11715 Mulhall St., El Monte, CA 91732."

4.      Through my education and experience and that of other law enforcement officers assisting in this investigation, I have become familiar with the methods that individuals use to traffic narcotics through the U.S. Mail. I have learned that drug traffickers use mail and delivery services to smuggle controlled substances to southern New Jersey from California and I understand that California is a known source for controlled substances throughout the United States. Further, based on my own experience as well as the experience of Postal Inspectors and other law enforcement officers, I understand that individuals using the mail and/or other delivery services to smuggle controlled substances often use insufficient or fictitious return address information to maintain their anonymity.

5.      Law enforcement databases revealed no one with the name "Hector Diaz" currently or previously has resided at "11715 Mulhall St., El Monte, CA 91732," the return address listed on the Subject Parcel.

6.      On November 19, 2023, Postal Inspectors conducted an exterior inspection of the Subject Parcel, with the assistance of a law enforcement officer and trained law enforcement canine. The law enforcement officer and law enforcement canine had received their annual certification and were recertified by the Atlantic

2

County New Jersey K9 Academy in October 2023 for the detection of cocaine hydrochloride/cocaine base, heroin hydrochloride, methamphetamine, and methylenedioxymethamphetamine. The law enforcement officer advised Postal Inspectors that the law enforcement canine reacted to the Subject Parcel in a manner that indicated the presence of controlled substances.

7.    On November 20, 2023, law enforcement officers executed a search of the Subject Parcel pursuant to a search warrant. The Subject Parcel contained an Xbox gaming console wrapped in clear plastic wrap. Inside the Xbox was a brick-shaped object wrapped in black tape. The brick-shaped object was composed of a white powdery substance that field-tested positive for the presence of cocaine. The total weight of the brick-shaped object was approximately one kilogram.

8.    On November 21, 2023, law enforcement officers executed a search of 263 John Street, Princeton, New Jersey 08542 (the "Subject Premises"), the delivery address listed on the Subject Parcel.

9.    At approximately 1:50 p.m., a Postal Inspector posing as a USPS Letter Carrier delivered the Subject Parcel to the front-door area of the Subject Premises.

10.    Minutes later, the entry door of the Subject Premises opened, and the Subject Parcel was retrieved and taken into the Subject Premises. Law enforcement officers conducting surveillance were unable to verify who had taken possession of the Subject Parcel.

11.    At approximately 2:00 p.m., law enforcement officers entered the Subject Premises. Upon entry, law enforcement officers encountered Individual 1

3

and Individual 2 in the front bedroom and kitchen area. Law enforcement officers encountered Franco Lopez-Solis a/k/a "Franco Lopez," a/k/a "Franco Solis," ("LOPEZ") and Malcome Browne Silva, a/k/a "Jamal Brown," a/k/a "Malcolm Brown," a/k/a "Malcolm Browne," a/k/a "Malcom Browne Silva," a/k/a "Malcolm Silva," a/k/a "Malcom Silva" ("BROWNE") in the rear bedroom.

12. During a security sweep of the Subject Premises, law enforcement officers observed the partially opened Subject Parcel located on the top shelf of the rear bedroom closet. Law enforcement officers also observed numerous bags of white powder, suspected to be controlled substances, packaged for distribution. The bags of controlled substances were recovered and totaled approximately four pounds, gross weight. Additionally, law enforcement officers recovered digital scales, several cell phones, and approximately $41,021 in U.S. Currency. All of these items are consistent with drug trafficking and were located in the rear bedroom of the Subject Premises. Below are pictures of some of the items recovered:









13.     Subsequently, LOPEZ and BROWNE were detained for questioning and were transported to the offices of the Princeton Police Department.

14.     After being Mirandized, LOPEZ told agents that he resided at the Subject Premises.  LOPEZ stated that BROWNE was currently living with him in the same back bedroom and that LOPEZ's brother lived in the second bedroom.  LOPEZ stated that his bed was on the left in the back bedroom.

15.     After being Mirandized, BROWNE explained that he was in between places, and that he was currently staying with LOPEZ in the back bedroom but had only been there for a few days.  BROWNE stated that he was sleeping in the bed located on the right side of the room and that his belongings consisted of a purple bag with clothes.

16.     During the search of the Subject Premises, a Samsung Galaxy cell phone was discovered on the same bed that LOPEZ claimed as his own.  A search of the cell

6

phone revealed that it was assigned mobile phone number 640-230-2484. Additionally, emails were discovered on the device addressed to lopezsolisfranco@gmail.com and numerous credit card accounts were linked to the device and were in the name of "Franco Lopez-Solis."

17.    During the search of the Subject Premises, when law enforcement encountered BROWNE, he was in possession of an iPhone Pro Max 14 assigned mobile phone number 609-722-2065. The Apple ID assigned to the device was malcolm2793@icloud.com.

18.    All electronic devices seized from the Subject Premises on November 21, 2023 were forensically examined.

19.    WhatsApp is an encrypted instant messaging and voice over IP service owned by Meta Platforms, Inc. During the examination, investigators discovered multiple WhatsApp conversations on BROWNE's cell phone between BROWNE, who used the name "Moreno," and LOPEZ, who was stored as "Laura" under telephone number 640-230-2484. The conversation indicated that the two individuals conspired to distribute controlled substances, specifically the controlled substances recovered in the rear bedroom of the Subject Premises. For ease of reference, in the specific conversations noted below, your affiant will refer to "Moreno" as BROWNE and "Laura" as LOPEZ.

20.    For example, on October 20, 2023, at approximately 8:44 p.m. Eastern Standard Time, LOPEZ sent BROWNE a video of a large amount of U.S. Currency and stated, "I'm doing some stuff for people here little bit of this little bit of that."

LOPEZ then sent a video of what appears to be bundled controlled substances and states, "you wanna fuck around with butter?" The following are relevant WhatsApp messages sent between LOPEZ and BROWNE beginning October 20, 2023, and leading up to the day of the controlled delivery on November 21, 2023. The conversations were translated from Spanish to English by a Postal Inspector certified to perform such translations.[1]

> 10/20/2023 7:42:12 PM LOPEZ: This is me
> 10/20/2023 7:43:36 PM BROWNE: Ok man
> 10/20/2023 7:43:49 PM BROWNE: Tell me what's up
> 10/20/2023 7:44:22 PM BROWNE: It's Moreno [BROWNE]
> 10/20/2023 7:44:42 PM LOPEZ: [Sends video of large amount of currency in LOPEZ's bedroom drawer] "I'm doing some stuff for people here little bit of this little bit of that"[2]
> 10/20/2023 7:45:03 PM LOPEZ: [Sends video of suspected, bundled controlled substances] "You wanna fuck around with butter"
> 10/20/2023 7:45:07 PM BROWNE: making money
> 10/20/2023 7:45:19 PM BROWNE: [Responds to video of bundled controlled substances] Yes
> 10/20/2023 7:45:28 PM BROWNE: [Sends voice message] "with that one and the white one too"
> 10/20/2023 7:46:09 PM BROWNE: [Sends video of money with no dialogue]
> 10/20/2023 7:46:24 PM LOPEZ: [Sends video showing what appears to be cocaine and then a bag of what appears to be fentanyl] "I got that one but do you know about this one?"
> 10/20/2023 7:46:58 PM BROWNE: [Sends voice message] "the other one you showed me what is it rocks?"
> 10/20/2023 7:47:12 PM LOPEZ: fetty
> 10/20/2023 7:47:24 PM LOPEZ: everyone's miracle

---

[1]    The timestamps for these conversations were originally recorded in UTC, which is four hours ahead of EDT and five hours ahead of EST. These conversations and subsequent conversations within this Complaint have been converted to EDT or EST. Daylight savings time ended on Sunday, November 5, 2023.

[2]    The text in brackets describes video or images sent or the message to which a response was made. The text in quotation marks quotes audio in a video or voice message. All other text quotes text messages.

10/20/2023 7:47:27 PM LOPEZ: lol
10/20/2023 7:47:30 PM BROWNE: laughing emoji
10/20/2023 7:47:36 PM LOPEZ: have you messed with this before?
10/20/2023 7:47:50 PM BROWNE: No but I know people that are looking for it
10/20/2023 7:47:53 PM LOPEZ: [Sends voice message] "You are one of my boys and right now I'm connected with people from my country"
10/20/2023 7:48:03 PM LOPEZ: where are you staying
10/20/2023 7:48:15 PM BROWNE: In Hightstown, NJ
10/20/2023 7:48:22 PM LOPEZ: Ok
10/20/2023 7:48:38 PM BROWNE: we need to talk numbers man
10/20/2023 7:48:40 PM LOPEZ: the white that you can get is it pure or is it already cut
10/20/2023 7:48:47 PM BROWNE: pure
10/20/2023 7:48:52 PM LOPEZ: Oo
10/20/2023 7:48:53 PM LOPEZ: Ok
10/20/2023 7:48:57 PM BROWNE: but I need better numbers
10/20/2023 7:49:03 PM LOPEZ: I'm going to go see you one of these days

* * *

10/23/2023 6:51:37 PM LOPEZ: so you say you mess around with butter
10/23/2023 6:51:56 PM LOPEZ: I'll bring you a sample off a brick and some fetti
10/23/2023 7:06:28 PM BROWNE: I move all that man if the price is right
10/23/2023 7:06: 53 PM BROWNE: [Responds to message regarding samples] of the white one too

21.    Based on my training and experience, I know that it is common for drug traffickers to discuss the type of controlled substances they distribute and determine the price of the controlled substances before entering a working relationship. I am also aware that cocaine is commonly referred to as "butter" and fentanyl is commonly referred to as "fetty/fetti." Drug traffickers also prefer to purchase controlled substances in their purest form so that cutting agents can be added to increase the sellable quantity and maximize profits.

9

22.    The conversation between BROWNE and LOPEZ continued on October

26 and November 3, 2023.

> 10/26/2023 9:43:23 AM BROWNE: what's up man good morning
> 10/26/2023 10:33:05 AM LOPEZ: what's up
> 10/26/2023 10:33:10 AM LOPEZ: good morning
> 10/26/2023 6:38:24 PM BROWNE: how you doing man my bad I'm still at work getting it
> 10/26/2023 6:38:42 PM BROWNE: I was gonna tell you I need some of that dog food
> 10/26/2023 6:38:43 PM LOPEZ: relax
> 10/26/2023 6:38:51 PM LOPEZ: I have the brick
> 10/26/2023 6:38:55 PM LOPEZ: and two grams of the fetty
> 10/26/2023 6:39:02 PM LOPEZ: and the coke
> 10/26/2023 6:39:04 PM LOPEZ: so you can see
> 10/26/2023 6:39:19 PM LOPEZ: I'm supposedly picking up 3 kilos
> 10/26/2023 6:39:24 PM BROWNE: ok baby let's get it going

23.    Based on my training and experience, I know that a "brick" is commonly

referred to as kilogram of controlled substances. However, in this case, LOPEZ and

BROWNE are discussing "dog food," a known street name for heroin. A "brick" of

heroin is packaged for distribution and contains five bundles. Each bundle holds ten

bags of heroin. Each bag is usually a fold of wax paper containing about a tenth to a

half of a gram of heroin. LOPEZ also relays he is supposedly picking up three

kilograms, which is a total of 3,000 grams.

> 11/3/2023 11:03:30 AM LOPEZ: if I have to leave and I'm not there when you get back I'm going to leave that there for you to pick up.
> 11/3/2023 11:25:54 AM BROWNE: you want me to go with you?
> 11/3/2023 11:25:59 AM BROWNE: ok man
> 11/3/2023 11:26:13 AM BROWNE: thank you let me know where you gonna leave it at
>                     * * *
> 11/3/2023 5:02:12 PM LOPEZ: [Sends the below photo of a blue bag and a pink bag] "the pink bad [sic] got the stuff for white boy and twerk, the blue one its 4 bundles I checked them they good"



11/3/2023 5:02:19 PM LOPEZ: I'm going to get going soon
11/3/2023 5:27:58 PM BROWNE: on my way to you man
* * *
11/3/2023 6:28:40 PM LOPEZ: you good?
11/3/2023 6:28:57 PM BROWNE: yeah I'm in the room

24.    Law enforcement officers recovered a blue plastic bag from LOPEZ's bedroom which contained white powder, suspected at the time of containing controlled substances.

25.    According to the WhatsApp conversation and USPS business records, LOPEZ and BROWNE conspired to have parcels suspected to contain controlled substances mailed to an address associated with BROWNE:

11/3/2023 9:01:44 PM LOPEZ: let me get them 200
* * *
11/4/2023 11:19:05 AM BROWNE: 719 Saint James Place, East Windsor, NJ 08520
11/4/2023 11:24:11 AM BROWNE: 211

11

11/4/2023 11:26:25 PM BROWNE: Malcom Brown Apt. 211 (repeats address)
11/4/2023 4:14:31 PM LOPEZ: 36 leigh high ave Princeton NJ
11/4/2023 4:14:35 PM LOPEZ: 08542

\* \* \*

11/5/2023 12:40:15 PM BROWNE: send me the receipt for the package place man
11/5/2023 12:40:32 PM LOPEZ: ok
11/5/2023 12:40:47 PM BROWNE: of what the guy sent
11/5/2023 12:40:58 PM LOPEZ: [Sends below image]



26.    According to USPS records, the parcel referenced above was delivered on November 6, 2023. Another parcel suspected to contain controlled substances was

mailed from California on November 7, 2023. This parcel was also addressed to "Malcolm Brown, 719 Saint James Place, Apt #211, East Windsor, NJ 08520."

27.    On November 10, 2023, LOPEZ communicated with Individual 1 via messages on WhatsApp. Individual 1's WhatsApp linked to a Mexico-based telephone number. Based on the contents of the messages, Individual 1 and LOPEZ arranged for the sale of heroin to an unknown individual in Camden.

> 11/10/2023 8:18:53 AM Individual 1: Listen for example if we wanted to go to Camden right now is there someone ready to drive or what?
> 11/10/2023 8:20:57 AM LOPEZ: I need to find out were people are
> 11/10/2023 8:21 AM LOPEZ: Let me see
> 11/10/2023 8:21 AM LOPEZ: Only Camden?
> 11/10/2023 8:21:00 AM Individual 1: [Sends voice message] "The thing is the one from Camden was gonna give me 4,000$ that he has for me. So I thought to myself well if we picked up that $4000 early we can drop him the 200 of dog food we talked about earlier. Then we just wait for the package to arrive. God willing by that time you are set with your comrades then we deliver all that money there up to NY. But the other thing we will still have pending today the one from the work shop was going to give me more product and hopefully he will give me some money too. But you know this always happen around 5pm and by that time the day is gone and I would like to deposit early."
> 11/10/2023 1:23:56 PM(UTC+0) LOPEZ: ok

28.    As explained above, "dog food" is a known street name for heroin. Shortly thereafter, LOPEZ and BROWNE together planned and prepared for the sale of 200 grams of heroin to an unknown individual in Camden, as detailed below:

> 11/10/2023 11:46:18 AM LOPEZ: how are we doing
> * * *
> 11/10/2023 11:52:03 AM BROWNE: [Sends photograph of the package delivered]
> * * *
> 11/10/2023 11:57:25 AM BROWNE: I'm going to deposit some money on my card so I can head back
> 11/10/2023 11:57:42 AM LOPEZ: ok
> 11/10/2023 11:57:57 AM LOPEZ: let me know

11/10/2023 11:58:25 AM LOPEZ: cause Oliver on his way we going to Camden then comin back up top so let white boy know we are going up to him
11/10/2023 12:25:18 PM BROWNE: she's on her way man
11/10/2023 12:25:44 PM LOPEZ: how long I'm gonna shower
11/10/2023 12:25:52 PM LOPEZ: nd I gotta break down 200g
11/10/2023 12:25:53 PM BROWNE: like 30
11/10/2023 12:26:00 PM LOPEZ: tell her to wait 10 mins
11/10/2023 12:26:04 PM BROWNE: bet
11/10/2023 12:26:06 PM BROWNE: you good
11/10/2023 12:26:09 PM LOPEZ: 15
11/10/2023 12:29:28 PM BROWNE: I told her to come and pick me up first so you can have more time aight
11/10/2023 12:31:43 PM LOPEZ: ok
11/10/2023 12:32:17 PM BROWNE: man 200 is good for you girl?
11/10/2023 12:32:53 PM LOPEZ: we going to white boy afterward and NY
11/10/2023 12:33:01 PM LOPEZ: 300
11/10/2023 12:33:09 PM BROWNE: ight bet im gonna tell her now
11/10/2023 12:33:13 PM BROWNE: she on her way though
11/10/2023 12:33:16 PM LOPEZ: ok

29.    Directly thereafter, Individual 1 and LOPEZ continued to communicate

about the sale of 200 grams of heroin to an unknown individual in Camden:

11/10/2023 12:43:09 PM Individual 1: [Sends voice message] "Bro he says yes hes gonna have everything ready so drop the 200 to him well sealed and everything weigh them correctly give that to the dunkin and pick up the 4,000 and then go see your people to close that business and go up with everything to deposit."
11/10/2023 12:43:22 PM LOPEZ: ok
11/10/2023 12:43:29 PM LOPEZ: ill send pictures
11/10/2023 12:45:06 PM Individual 1: do you have the address for the dunkin
11/10/2023 12:45:17 PM LOPEZ: No
11/10/2023 12:45:34 PM LOPEZ: right now I wont be able to shoot back until I finish with the 200 because I don't want to touch anything else.
11/10/2023 12:46:59 PM Individual 1: thumbs up emoji
11/10/2023 12:47:16 PM Individual 1: [Sends blurry image of address]
11/10/2023 1:03:26 PM LOPEZ: [Sends four photographs of controlled substances on a scale weighing a total of 200 grams (30, 50, 70, 50 grams)]
11/10/2023 1:03:45 PM LOPEZ: I had to cut it up like that

14

11/10/2023 1:04:52 PM Individual 1: its alright bro
11/10/2023 1:05:11 PM LOPEZ: I am going to pack it now

30.    Location data from LOPEZ and BROWNE's cell phones placed LOPEZ

and BROWNE across the street from a Dunkin' Donuts at 6830 US-130, Pennsauken

Township, New Jersey at approximately 3 PM on November 10, 2023.  Messages

between LOPEZ and Individual 1 also place them there:

11/10/2023 2:52:51 PM LOPEZ: im here
11/10/2023 2:52:57 PM Individual 1: [Sends voice message] "Did you
arrive at the dunkin? We talk about the black guy later let me tell the
guy that you are there."
11/10/2023 2:53:09 PM LOPEZ: im here
                                    * * *
11/10/2023 2:56:34 PM Individual 1: [Sends voice message] "Whats
going on bro all set? He told me saw you, did he give you the 4,000? I
will let the guy at Pennsauken know you are going there now."
11/10/2023 2:56:58 PM LOPEZ: yes
11/10/2023 2:57:50 PM LOPEZ: I am three minutes away from his
mothers house
11/10/2023 2:58:27 PM Individual 1: ok I just told him bro
11/10/2023 2:58:45 PM LOPEZ: ok
11/10/2023 3:01:30 PM LOPEZ: I am
11/10/2023 3:01:54 PM LOPEZ: I am facing the opposite direction of
where he usually walks for him to give me the stuff
11/10/2023 3:03:43 PM Individual 1: you don't see him?
11/10/2023 3:03:55 PM LOPEZ: no
11/10/2023 3:04:19 PM LOPEZ: did you tell him what car I am in
11/10/2023 3:04:56 PM Individual 1: [Sends voice message] "I call him
and I told him you are the opposite way of where he usually walks I
didn't specify which car but when you look at each other you will know"
11/10/2023 3:05:16 PM LOPEZ: ok
11/10/2023 3:07:31 PM LOPEZ: done bro
11/10/2023 3:07:34 PM LOPEZ: 400
11/10/2023 3:10:07 PM Individual 1: yes bro
11/10/2023 3:10:12 PM LOPEZ: ok
11/10/2023 3:10:17 PM Individual 1: [Sends voice message] "ready get
with your people to see if we get to the Bronx on time"
11/10/2023 3:10:32 PM LOPEZ: im going home
11/10/2023 3:10:41 PM LOPEZ: im driving with that
11/10/2023 3:11:22 PM Individual 1: ok bro

15

11/10/2023 3:19:44 PM LOPEZ: do you have this sold?
11/10/2023 3:23:03 PM Individual 1: [Sends voice message] "well not yet the thing is I wanted to have it and be able to move it ourselves because the one on the workshop is not really making a lot, the guy from dunkin gets out the food and this that we just got but we cant saturate him we can just do 200 we have to look for someone to get this out"
11/10/2023 3:24:12 PM LOPEZ: how much per gram for me I think I could move it
11/10/2023 3:25:30 PM Individual 1: [Sends voice message] "but everything at once or how do you think you can do it because how things are we should try and sell it all together you know what I mean 200, 300, or everything"
11/10/2023 3:26:36 PM LOPEZ: if the price is good I think they will grab everything
11/10/2023 3:27:57 PM Individual 1: [Sends voice message] "to be honest I was selling it to them for 24.... what can I tell you we have been bringing the price down for it to move, I don't know if 22 is going to be good for you I just want for it to move."
11/10/2023 3:29:01 PM LOPEZ: 22 is good

31.    Additionally, LOPEZ messaged BROWNE earlier on November 10, 2023 and explained that the other address they planned to visit after the Dunkin' Donuts was 5043 Wayne Avenue, Pennsauken, NJ.  Based on the content and context of the above conversations and LOPEZ and BROWNE's cell phone location data, LOPEZ and BROWNE traveled to Pennsauken Township, New Jersey to sell 200 grams of heroin, retrieve $4,000 of controlled substances proceeds, and retrieve 400 grams of controlled substances—heroin—for $22,000.

32.    Thereafter, LOPEZ and BROWNE continued to communicate about the possession and sale of controlled substances on November 12, 2023.

11/12/2023 4:06:36 PM LOPEZ: This shit fell out your clothes from the dryer my mother saw it
11/12/2023 4:06:44 PM LOPEZ: [Sends photo of a bundle of what appears to be controlled substances, depicted below]

16



\* \* \*

11/12/2023 4:09:46 PM LOPEZ: I'm talking to her
11/12/2023 4:15:25 PM BROWNE: What she saying man
11/12/2023 4:16:13 PM LOPEZ: I told her that shit mine so hey don't kick you out you got parole, but you fucking my shit up (emoji)
11/12/2023 4:16:37 PM BROWNE: Damn man
11/12/2023 4:17:08 PM LOPEZ: this the bag i gave u the first time for samples thats how i know its from ,it got the 3 different stamps nd u the only one i ever gave 3 in the same bag
11/12/2023 4:17:19 PM LOPEZ: I thought u gave em out as samples?
11/12/2023 4:17:24 PM BROWNE: Yeah I know that's mine man
11/12/2023 4:17:30 PM LOPEZ: Damn son
11/12/2023 4:17:45 PM LOPEZ: U bout yo fuck up my situation here
11/12/2023 4:18:27 PM BROWNE: [Responding to 11/12/2023 4:17:19 PM message from LOPEZ] Man I did gave them that's how I got the Moreno
11/12/2023 4:18:48 PM BROWNE: But I ain't got to use all of them I had tree bricks remember that was the left over

17

\* \* \*

11/12/2023 4:22:22 PM LOPEZ: I'll talk to you later

33.    During the search of the Subject Premises, law enforcement officers recovered both unpackaged controlled substances in loose form and controlled substances bundled into distribution quantities.    These distribution quantities included folded bags of wax paper with three different stamps on the folds.    Based on my training and experience, I know that these stamps help distributors market their product.    The three stamps on the bundled controlled substances recovered from the Subject Premises were an image of a panda bear, the phrase "drop dead," and "hellboy." Based on the conversation referenced above, I believe that these are the three different bags that LOPEZ and BROWNE discussed.    During the conversation, BROWNE also acknowledges he had "tree" (three) bricks.    As detailed above, I know the three bricks referenced was constituted by a total of 150 bags of heroin.

11/17/2023 11:47:35 AM LOPEZ: [Sends below image of conversation with a contact labeled as "Jewls"]



11/17/2023 11:47:53 AM LOPEZ: We cant dont do it today unless we go 200 for the cut
11/17/2023 11:48:11 AM BROWNE: Damn son
* * *
11/17/2023 11:48:26 AM BROWNE: We are fry bacon at this point
* * *
11/17/2023 4:27:40 PM BROWNE: When you do the measurement put the rocks so it would look heavy
11/17/2023 4:28:01 PM LOPEZ: What
11/17/2023 4:28:05 PM LOPEZ: The fetti is rocks
11/17/2023 4:28:10 PM BROWNE: Ok
11/17/2023 4:28:19 PM LOPEZ: The dog food is the one that turns into dust
11/17/2023 4:28:20 PM BROWNE: So it looks good
11/17/2023 4:28:24 PM BROWNE: [Responding to 11/17/2023 4:28:19 PM message from LOPEZ] OK all set

34.    During the screenshot of the conversation with "Jewls" and the conversation that follows, "trank" is the topic of discussion. Your affiant is aware that Xylazine is commonly referred to as "trank" or "tranq" and is typically sold as a liquid in 50ml bottles. Xylazine is a non-opioid sedative or tranquilizer used by veterinarians for large animals during medical procedures. It is not approved for use in people, however, it is commonly used by itself to provide drug users a similar euphoric effect as heroin or as a cutting agent for heroin to allow drug traffickers to "stretch" their distribution amount.

35.    A chemical analysis of the suspected controlled substances recovered from the rear bedroom of the Subject Premises revealed the following:

a. A net weight of approximately 968 grams was tested and found to contain a detectable amount of fentanyl and heroin, as well as numerous cutting

agents, including Xylazine. The laboratory counted over 3000 individual distribution bags from the controlled substances tested.

b. As previously mentioned, the Subject Parcel contained approximately one kilogram of a white powdery substance that field-tested positive for the presence of cocaine. A later chemical analysis confirmed the presence of cocaine and determined a net weight of approximately 1,002 grams.

36. Based on the large amount of controlled substances recovered from the bedroom shared by LOPEZ and BROWNE in the Subject Premises, the items consistent with drug trafficking, and the conversations referenced above, LOPEZ and BROWNE conspired to distribute fentanyl and cocaine.


United States Postal Inspector Kevin Voit attested to this Affidavit by telephone pursuant to Federal Rule of Criminal Procedure 4.1(b)(2)(A).

_____
Kevin Voit, Postal Inspector
U.S. Postal Inspection Service

Subscribed and sworn to before me on this 6th day of August 2024.

_____
Honorable Elizabeth A. Pascal
United States Magistrate Judge