UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>FRANCO LOPEZ-SOLIS | Mag. No. 24-7088 (EAP)<br><br>Hon. Elizabeth A. Pascal<br><br>**UNSEALING ORDER** |

This matter having been brought before the Court upon application of Philip R. Sellinger, the United States Attorney for the District of New Jersey (Andrew N. D'Aversa, Assistant U.S. Attorney, appearing), for an order unsealing the Criminal Complaint, Arrest Warrant, and Sealing Order issued in the captioned matter because the defendant has been arrested, and for good cause shown,

IT IS on this 8th day of August, 2024,

ORDERED that the Criminal Complaint, Arrest Warrant, and Sealing Order are hereby UNSEALED.

_____
HON. ELIZABETH A. PASCAL
United States Magistrate Judge